# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

153367

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTON T. BLEVINS,
      Defendant-Appellant.

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

SC: 153367
COA: 315774
Wayne CC: 12-001086-FC

_____/

On order of the Court, the application for leave to appeal the February 11, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016



Clerk

t0914